UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORME KELLY DAVIS, | : |
| | : Civil Action No. 12-7830(NLH) |
| Petitioner, | : |
| v. | : **ORDER** |
| | : |
| JORDAN R. HOLLINGSWORTH, Warden, | : |
| | : |
| Respondent. | : |

For the reasons set forth in the Opinion filed herewith,

IT IS on this   5th   day of   March  , 2014,

ORDERED that the Clerk of the Court shall RE-OPEN the Court's file in this matter by making a notation on the Docket reading "Civil Action Re-opened"; and it is further

ORDERED that the Clerk shall TRANSFER this action to the United States District Court for the Southern District of Florida for filing in Criminal No. 05-10018; and it is further

ORDERED that the Clerk of the Court shall RE-CLOSE the Court's file in this matter by making a notation on the Docket reading "Civil Action Terminated."

At Camden, New Jersey                s/Noel L. Hillman
                                     Noel L. Hillman
                                     United States District Judge